**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TYRONE WILLIAMS, JR.,

    Plaintiff,

v.                                       Case No. 8:10-cv-1517-T-30TGW

JIM COATS, SHERIFF, PINELLAS
COUNTY, FLORIDA,

    Defendant.
_____/

**O R D E R**

Before the Court is Plaintiff's "Notice Under Administrative Procedure Act, Title 5 U.S.C. § 702" (Dkt. 1) in which Plaintiff sues Defendant Jim Coats, the Sheriff of Pinellas County, Florida, for monetary damages. Plaintiff brings this action pursuant to 5 U.S.C. § 702. 5 U.S.C. § 702, however, "waives sovereign immunity for actions against *federal* government agencies, seeking *nonmonetary relief*, if the agency conduct is otherwise subject to a judicial review." *Sheehan v. Army and Air Force Exch. Serv.*, 619 F.2d 1132, 1139 (5th Cir. 1980), *rev'd on other grounds*, 456 U.S. 728 (1983) (emphasis added).[1] *See also* 5 U.S.C. § 701(b) ("For the purposes of this chapter [5 USCS §§ 701 et seq]...'agency' means each authority of the Government of the United States...but does not include...the

---

[1] Fifth Circuit decisions handed down prior to October 1, 1981, are binding precedent upon this Court. *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc).

governments of the territories or possessions of the United States..."); *United States v. Korman*, 2009 U.S. Dist. LEXIS 66082, at *7 (S.D. Fla. 2009) ("Section 702 generally states that '[a] person suffering legal wrong because of agency action' may bring suit against the United States if the person seeks 'relief other than money damages.'" 5 U.S.C. § 702.

Defendant Coats is not a federal government agency. Further, Plaintiff seeks monetary rather than nonmonetary relief. Thus, his action is not cognizable pursuant to 5 U.S.C. § 702.

Accordingly, the Court **ORDERS** that:

1. Plaintiff's "Notice Under Administrative Procedure Act, Title 5 U.S.C. § 702" (Dkt. 1) is **DISMISSED**.

2. The **Clerk** shall close this case.

3. The **Clerk** is directed to send Plaintiff two copies of the civil rights complaint form and an Affidavit of Indigency.

**DONE** and **ORDERED** in Tampa, Florida on July 14, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*